# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

| | |
|---|---|
| **ANDREW HALL, on behalf of himself and others similarly situated,** | ) |
| | ) |
| _____ | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. 1:25-cv-4787 |
| v. | ) |
| | ) |
| **Admediary, LLC** | ) |
| _____ | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Manvel Grigoryan, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to ADMEDIARY, LLC in Los Angeles County, CA on August 27, 2025 at 4:39 pm at 25350 MAGIC MOUNTAIN PKWY, SUITE 300, VALENCIA, CA 91355 by personal service by handing the following documents to an individual identified as ADMEDIARY, LLC.

Summons for Admediary.pdf
1. Complaint against Admediary.pdf
1.1 Civil Cover Sheet.pdf

Additional Description:
I give documentation authorized person who working there.She's name is Nikki H

Unknown Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.4234666667,-118.577995
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County                              ,

CA        on    8/28/2025                  .

/s/ *Manvel Grigoryan*
_____

Signature
Manvel Grigoryan
+1 (360) 200-0009



Exhibit 1a)



Exhibit 1b)