# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANDREW HALL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADMEDIARY, LLC<br><br>Defendant. | CIVIL ACTION FILE NO. 25-cv-4787 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 18th day of October, 2025.

*s/ Anthony I. Paronich*_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com